## IN THE MATTER OF THE APPLICATION OF KADO UKICHI, AND OTHERS, FOR A WRIT OF HABEAS CORPUS.

SUBMITTED MARCH 16, 1897.          DECIDED MARCH 17, 1897.

JUDD, C.J., FREAR AND WHITING, JJ.

#### DECISION.

As the return in this case sets out a decision of the Deputy Collector of Customs that the petitioners are not entitled to land, the same reasoning will apply and the same result is reached as in the former case. *In re Tatsu and others, ante.*

Counsel the same as in *In re Tatsu.*